IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-02725-REB-CBS

ELAINE L. CHAO, Secretary of Labor,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

DBHC, LLC., d/b/a RMC International, and
DENNIS RICHARDSON, Individually,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Secretary's Unopposed Motion for Leave to File Amended Complaint (*doc. no. 6)* is **GRANTED**.  As of the date of this order, the Clerk of Court is instructed to accept for filing, the Amended Complaint (*doc no. 6-2*) tendered to the court on February 25, 2008.

**DATED:**        February 26, 2008