IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02725-KLM-CBS

ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,

      Plaintiff,

v.

DBHC LLC, d/b/a RMC International, Inc.,
DENNIS RICHARDSON, individually,

      Defendants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

      This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on March 24, 2008, by Judge Robert E. Blackburn and was assigned to Magistrate Judge Kristen L. Mix on March 25, 2008. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

      IT IS HEREBY **ORDERED** that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. The Court understands that a Status Conference is set before Magistrate Judge Shaffer on April 14, 2008 for such purposes [Docket No. 13].

      IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Robert E. Blackburn on January 3, 2008 [Docket No. 2], is **vacated**.

      IT IS FURTHER **ORDERED** that a Scheduling Conference is set for **May 21, 2008 at 3:00 p.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

      The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **May 16, 2008**.

      Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **May 16, 2008**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred

A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: March 26, 2008

BY THE COURT:

s/ Kristen L. Mix
KRISTEN L. MIX
United States Magistrate Judge